CORNELIUS W. STRAIT, Respondent, *v.* PROTECTED HOME CIRCLE, Appellant.

*Strait* v. *Protected Home Circle*, 128 App. Div. 882, affirmed.
(Argued February 16, 1910; decided March 4, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 16, 1908, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term, a jury having been waived, in an action to recover upon a policy of life insurance.

*B. T. Wright* for appellant.

*Irving H. Palmer* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.

------

THE EXCELSIOR BREWING COMPANY, Appellant, *v.* CHARLES SMITH, Respondent.

*Excelsior Brewing Co.* v. *Smith*, 125 App. Div. 668, affirmed.
(Argued February 17, 1910; decided March 4, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 30, 1908, affirming a judgment in favor of defendant entered upon a verdict directed by the court in an action of replevin.

*Terry Smith* for appellant.

*Paul Grout, Dean Potter* and *Edward M. Grout* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.